IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JAMES DORSEY,                                          *

                              Plaintiff,              *

v.                                                           Case No.   3:21-cv-117-CDL-CHW

                                                      *

SHERIFF STEVE THOMAS, et al,

                                                      *

                              Defendants.

                                                      *
_____

## J U D G M E N T

Pursuant to this Court's Order dated October 29, 2021, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 29th day of October, 2021.

David W. Bunt, Clerk


s/ Gail G. Sellers, Deputy Clerk